UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-1891-RLW |
| ST. ANTHONY'S HOSPITAL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 6). The motion will be denied. Plaintiff proceeded *pro se* and *in forma pauperis* during the proceedings in this United States District Court. However, in dismissing this action, the Court certified that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any non-frivolous issue. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Further, plaintiff has repeatedly filed meritless lawsuits in this Court and is now subject to 28 U.S.C. § 1915(g), and his averments do not establish he is under imminent danger of serious physical injury.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall submit filings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 30th day of June, 2021.